IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| XFINITY MOBILE, A BRAND OF COMCAST OTR1 LLC, COMCAST CABLE COMMUNICATIONS LLC, and COMCAST CORPORATION,<br><br>    Petitioners,<br>v.<br><br>D TOWN TRADING INC. and CELLPORT INTERNATIONAL INC.,<br><br>    Respondents. | Miscellaneous Action No.:<br>3:20-mc-00083-RJC-DSC |

## ORDER ON PETITIONERS' MOTION TO COMPEL

**THIS MATTER** having come before the Court on Petitioners' Motion to Compel Non-Parties D Town Trading Inc. and Cellport International Inc. (collectively, "Respondents") to produce documents, and having reviewed the Motion and incorporated memorandum of law, and being otherwise duly advised on the merits, it is hereby,

**ORDERED AND ADJUDGED** that:

    1.    Petitioners' Subpoenas Duces Tecum to Produce Documents, Information, or Objects are valid and were properly issued and served.

    2.    Respondents knowingly failed to comply with the Subpoenas and provided no justification for their failure to respond.

    3.    Petitioners' Motion is hereby **GRANTED** in its entirety.

4. Respondents are hereby ordered to produce all documents responsive to Petitioners' request for documents as set forth in Exhibit A to the Subpoenas to Petitioners' counsel, without any objections as those have been waived, within ten days of the date of this Order.

5. The parties shall bear their own costs at this time.

**SO ORDERED.**

Signed: July 28, 2020

David S. Cayer
United States Magistrate Judge