IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-MC-00083-RJC-DSC

| | |
|---|---|
| XFINITY MOBILE et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| D TOWN TRADING INC. et al., ) | |
| ) | |
| Respondents. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Gail Podolsky]" (document #11) filed July 18, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 18, 2022

David S. Cayer
United States Magistrate Judge